UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ELMORE WILLIAMS, | Case No. 3:23-cv-00559 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS DEFENDANT DENNY'S, INC. WITHOUT PREJUDICE, TO SUBSTITUTE MDC RESTAURANTS, LLC , AND TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| DENNY'S, INC., | |
| Defendant. | |
| | **(First Request)** |

MDC Restaurants, LLC ("MDC") represents that it, and not Defendant Denny's Inc., employed Plaintiff Elmore Williams ("Plaintiff"), and that it, and not Denny's, Inc., is the proper defendant in this action. Based on these representations, Plaintiff and MDC, by and through their respective counsel, hereby stipulate that:

1. Denny's, Inc. be dismissed without prejudice;

2. MDC be substituted as the defendant in place of Denny's, Inc.; and

3. The caption of this matter be revised to reflect MDC as the defendant.

In light of the above stipulation, the parties respectfully request that MDC be granted an extension to respond to Plaintiff's complaint so that dismissal of Denny's and substitution of MDC as defendant can be effectuated prior to the requirement to file

a responsive pleading. If the requested extension is granted, MDC will file its response on or before December 21, 2023. This is the first request for an extension. This request is made in good faith and not for the purpose of delay.

DATED: November 28, 2023         KING SCOW KOCH DURHAM LLC

By: _____/s/ Matthew L. Durham_____
Matthew L. Durham, NV Bar No. 10342
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100

Attorneys for MDC Restaurants, LLC

DATED: November 28, 2023         LAW OFFICE OF MARK MAUSERT

By: _____/s/ Mark Mausert_____
Mark Mausert, NV Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-8477

Attorney for Elmore Williams

## ORDER

**IT IS SO ORDERED.**

DATED this 29th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE