Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELMORE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MDC RESTAURANTS, LLC,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-00559-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ELMORE WILLIAMS and Defendant MDC RESTAURANTS, LLC, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 20th day of August, 2024.
MARK MAUSERT LAW OFFICE

 */s/ Mark Mausert*
 MARK MAUSERT
 SEAN McDOWELL
 729 Evans Avenue
 Reno, Nevada 89512

 *Attorneys for Plaintiff*

Dated this 21st day of August, 2024.
KING SCOW KOCH DURHAM LLP

 */s/ Matthew Durham*
 MATTHEW L. DURHAM
 11500 S. Eastern Avenue, Suite 210
 Las Vegas, Nevada 89052

 *Attorney for Defendant*

**IT IS SO ORDERED**

DATED this 21st day of August 2024.

_____
UNITED STATES DISTRICT JUDGE